UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAROL FONETTE** | * | **CASE NO: 07-8329** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **SAFECO INSURANCE COMPANY OF AMERICA** | * | |
| | * | |
| | * | **JUDGE: Peter Beer ("M")** |
| | * | |
| | * | |
| | * | |
| | * | **MAGISTRATE: Sally Shushan (1)** |

## ORDER

CONSIDERING the foregoing Ex-Parte Motion to Withdraw Motion for Summary Judgment,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the *Motion for Summary Judgment* (Rec. Doc. 12) filed by GICA, is hereby withdrawn.

New Orleans, Louisiana this __27th__ day of June, 2008.

_____
HONORABLE PETER BEER
EASTERN DISTRICT OF LOUISIANA